IN THE COMMON PLEAS COURT OF BUCKS COUNTY PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 17-03877

Sheriff's Sale Date: _____

V.

SANDRA J. MILLER; et al.
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: __COMPLAINT__

I, _James F Mallinson_, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve SANDRA J. MILLER the above process on the _10_ day of _November_, 20_17_, at _9_ : _11_ o'clock, _A_ M, at 780 Park Avenue Apt. 2R Woonsocket, RI 02895-8800

**Manner of Service:**

By handing a copy to:

☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *

☐ By handing a copy to the Defendant(s)

☒ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because **no** adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: _Mark Mello_
Relationship/Title/Position: _Co Resident_
Remarks: _____
Description: Approximate Age _56_ Height _5'7_ Weight _160_ Race _W_ Sex _M_ Hair _Black_

Defendant was not served because: ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant

☐ Other: _____

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _RI_  )
County of _Providence_      ) SS:
                            )

Before me, the undersigned notary public, this day, personally, appeared _James F Mallinson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(signature)_                RI Constable #6174        Subscribed and sworn to before me
(Signature of Affiant)       James F Mallinson         this _10_ day of _November_, 20 _17_.

File Number: USA-173404
Case ID #: 5032193                                                      Notary Public

X _Mark Mello_

STEPHANIE PAOLINO
NOTARY PUBLIC ID 50253
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APRIL 23, 2019