

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 17-CV-3877

**FILED**
AUG 0 2 2018
KATE BARKMAN, Clerk
By \_\_\_\_\_ Dep. Clerk

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 219 FIRST AVENUE, RichlandTown, PA 18955.

The public sale was held on July 26, 2018

and the highest bidder was SHAWN SYLVIA

who bid the amount of $ 56,000.00

By: _____
Deputy U.S. Marshal
PATRICK D. ENNIS
SDUSM



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia PA 19106

### BIDDER'S REGISTRATION FORM

NAME: SHAWN SYLVIA

ADDRESS: 43875 WILDEFLOWER LN.

CALIFORNIA, MD 20619

PHONE (DAY): 302-745-1187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.   There will be no exceptions or changes.

1995 PROPERTY MANAGEMENT, INC.     A DELAWARE CORPORATION

The above is precisely how the name(s) are to appear in the deed

55,001



56,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

BIDDER'S REGISTRATION FORM

NAME: David Trapani

ADDRESS: 18 Maple Way

Mountain Lakes, NJ 07046

PHONE (DAY): 862-579-7475

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

David Thomas Trapani

The above is precisely how the name(s) are to appear in the deed

55,100