**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff<br><br>　　v.<br><br>SANDRA J. MILLER<br>　　　　Defendant | Civil Action No: 17-03877 |

FILED
AUG 31 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 30 day of Aug, 2018, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

1. That the public sale held on July 26, 2018 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to 1995 Property Management Inc., A Delaware Corporation, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of SANDRA J. MILLER in and to the premises sold located at 219 First Avenue, Richlandtown, PA 18955.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

ENT'D AUG 31 2018

Jan E. DuBois
　　　　　　　　　　J.